# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH ARLANDO BURWELL,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78826

**FILED**

JUN 14 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original pro se petition, which we have construed as a petition for a writ of mandamus, seeks the following relief: (1) an order expunging all court records; (2) an order returning all seized and impounded property; (3) an order removing his "common-law trademark and copyright "ALL CAPS" name from any internet search engines and websites; and (4) an order removing any negative written opinions, statements and reports about petitioner and his co-defendant.

Burwell has not provided this court with exhibits or other documentation that would support his claims for relief, which are largely incoherent. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

SUPREME COURT
OF
NEVADA

(O) 1947A

19-25863

Accordingly, we

ORDER the petition DENIED[1]

_____, C.J.
Gibbons

_____, J.    _____, J.
Pickering                        Hardesty

cc:    Keith Arlando Burwell
       Attorney General/Carson City
       Eighth District Court Clerk

---

[1]We also deny, without reaching the merits, petitioner's pro se motion for dismissal as those claims are currently before this court in Docket No. 78890 and petitioner failed to provide adequate documentation to support the motion in the instant case.